IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARISOL ROSARIO BARBOSA,

    Plaintiff

    v.                                  CIVIL NO. 06-1057 (JP)

MVM, INC., et al.

    Defendants

### FINAL JUDGMENT

The Court has before it the parties' "Stipulation of Dismissal" (No. 34). Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure the Court **ENTERS JUDGMENT DISMISSING WITH PREJUDICE** the Complaint against all defendants without the imposition of costs or attorneys' fees.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 30th day of January, 2007.

                                                  s/Jaime Pieras, Jr.
                                                    JAIME PIERAS, JR.
                                         U.S. SENIOR DISTRICT JUDGE